AO 187 (Rev. 7/87) Exhibit and Witness List

# UNITED STATES DISTRICT COURT

DISTRICT OF Massachusetts

UNITED STATES
V.
James Francis Connor

EXHIBIT AND WITNESS LIST

Case Number: 15-MJ-04342-DHH

| PRESIDING JUDGE | PLAINTIFF'S ATTORNEY | DEFENDANT'S ATTORNEY |
|---|---|---|
| David H. Hennessy, USMJ | deLlano | Murphy |
| TRIAL DATE (S) | COURT REPORTER | COURTROOM DEPUTY |
| 10/20/2015 | Digital | Robert Alba |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
| 1 | | 10-20-15 | ✓ | ✓ | BRENDAN C. FOGERTY |
| | 1 | 10-20-15 | | | JAMES CONNOR, IV |

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.

Page 1 of _____ Pages